# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA

v.

YASHIKA D. ARCHER

**FILED**

FEB 26 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WAIVER OF INDICTMENT

CASE NUMBER: CR 07-029 (PLF)

I, _____ the above named defendant, who is accused of

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on _____ prosecution by indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
Defendant

_____
Counsel for Defendant

_____
Judge Paul L. Friedman
United States District Court