UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Number: 07-029 (PLF) |
| v. | : | |
| YASHIKA ARCHER | : | Plea Hearing: |

**FILED**

FEB 26 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## GOVERNMENT'S FACTUAL PROFFER

On July 7, 2006, the defendant sent an electronic communication, more commonly known as an email, to the workplace computer of the victim, Nakeesha McCottrell. The email, which was opened by Ms. McCottrell, read as follows:

Nakeesha sucks dick but she couldn't suck Jason's (sic) Gray's like I could bitches.
Social Security # is XXX-XXX-XXXX (don't think I don't have it) LOL
Cell # is 571-274-0626 call anytime

I suggest you leave his ass alone and stay with your so called imaginery (sic) boyfriend.

You've got some nerve trying to close my email account. Who the fuck do you think you are? I'll snatch that daughter of yours. Do you know me? Apparently not bitch. I'm from the fucking ghetto south streets bitch. I will stab your ass like I threatened to do before. I did tell you to watch your back didn't I? And you can cry to your little groupies all you mother fucking want bitch. By the way did your Asian/Hispanic groupie have her baby? Guess what? If she didn't I hope she looses (sic) it.

While we on the sub of robbing, like I said in my text, don't be surprised if I rained all on your parade Saturday. Didn't think I knew did you? All them damn emails you been sending out. I love prying into all your business and conversations. I love this game, I love this game >:-)

Did Kendra gain any weight yet? Tell her she gone die if she don't eat. Did ya ya...well don't know what to say about her ass. I'm sure she lost like shit. I see her and Wallace getting close now these days.

You will never find out who this is. It's like a horror movie when you won't find out who's underneath the mask >:-)
Fuck you and have a fucked up life. Okay!!!!
We will see who has the last breath or word in the end

>Respectfully submitted,
>JEFFREY A. TAYLOR
>UNITED STATES ATTORNEY
>D.C. Bar No. 498-610
>
>_____
>ABBY J. STAVITSKY
>Assistant United States Attorney
>D.C. Bar No. 421-015
>555 4th Street, N.W.
>Washington, D.C. 20530
>(202) 353-8829

## DEFENDANT'S ACKNOWLEDGEMENT

I, Yashika Archer, agree with the government's proffer and affirm that it is a true and accurate accounting of my actions in this case.

_____
Yashika Archer, Defendant