UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff | : |
| v. | : CR. NO. 07-029 (PLF) |
| YASHIKA ARCHER | : |
| Defendant. | : |

**DEFENDANT'S MOTION TO CLARIFY CONDITIONS OF RELEASE**

On February 26, 2007, Ms. Archer pled guilty to one count of threatening, by electronic communication, to injure another person in violation of Title 22, D.C. Code, Section 407. Following her guilty plea, Ms. Archer was released by the Court on her personal recognizance. The Court instructed Ms. Archer to report for an initial drug screening test, as well as to maintain employment and a stable residence, to report to Pretrial Services by telephone once a week, and to stay away from the complaining witness in the case.

Following her hearing on February 26th, Ms. Archer reported to Room C-220 in D.C. Superior Court for drug testing. She was informed she did not have the correct form and asked to return for testing. The following day, the 27th, the computers were down in Superior Court in light of a power outage. Ms. Archer reported to Ms. Tammy Everitt in Pretrial Services on February 28th, obtained the documentation needed, and submitted a sample in Superior Court for testing. Ms. Archer was informed on March 1st that she had tested negative for all illicit substances but told to report back for drug testing every Wednesday nevertheless.

In light of the fact that Ms. Archer has no documented history of drug use whatsoever, as well as the fact that she tested negative for drug use when she reported to Superior Court as per the Court's order, she asks the Court to relieve her of future drug testing requirements.

Respectfully submitted,

_____/s/_____

Lara G. Quint
Assistant Federal Public Defender

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **Plaintiff** : | |
| : | |
| v. : | CR. NO. 07-029 (PLF) |
| : | |
| **YASHIKA ARCHER** : | |
| : | |
| **Defendant.** : | |

**ORDER**

Upon consideration of defendant's Motion to Clarify Conditions of Release, it is by the Court hereby

ORDERED that the defendant's motion is GRANTED and that the defendant is relieved, until further notice, of all drug testing requirements.

SO ORDERED.

_____    _____

DATE                           THE HONORABLE PAUL L. FRIEDMAN
                               DISTRICT JUDGE