UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | Crim. No. 07–29 (PLF) |
| ) | |
| Yashika Archer            ) | |

### GOVERNMENT'S MEMORANDUM IN AID OF SENTENCING

The United States of America, by and through the United States Attorney for the District of Columbia, submits this memorandum in aid of sentencing and states as follows:

**FACTS**

The defendant met the victim in this case, Nakeesha McCottrell, in late 2005 when they were co-workers at Bolling Air Force base. The two became friends, socializing with each other on many occasions away from work. In the spring of 2006, the defendant began to send anonymous emails and text messages to the victim. These communications, which contained offensive and sexually explicit language as well as insults and veiled threats, continued throughout the summer. On July 7, 2006, the victim received a lengthy email which, in addition to taunting and insulting her, made a specific threat to "snatch" her daughter and "stab your [the victim's] ass."

Throughout this period, Bolling investigators repeatedly tried to trace the internet provider and obtain subscriber information for these emails. However, defendant had covered her tracks well by using AOL, Yahoo mail and different user names. Finally, in September 2006, the investigators learned that the AOL account information belonged to defendant's mother. In October 2006, defendant and her mother were interviewed. Archer admitted being the victim's

co-worker and friend, and even acknowledged being the owner of the username used to send the emails, but yet denied being the sender. At that interview, defendant agreed to take a polygraph. In November 2006, during a preliminary polygraph and advisement of rights, defendant confessed to being the sender of all the text messages and emails, including the graphic one on July 7, 2006. She stated that she considered the victim her friend and had not intended to harm her in any way. Defendant claimed that the only reason for the communications was to bring a little excitement into the office. She then wrote a letter of apology to the victim.

On February 7, 2007, the defendant pled guilty to Count Two of the information, which charged her with threatening to kidnap, injure or physically damage, in violation of 22 D.C. Code 407. At the time of sentencing, the government will move to dismiss Count One of the indictment, which charged her with felony threats under the federal code. She is subject to a maximum of six (6) months in prison and is eligible for probation.

**ARGUMENT**

Given defendant's background and lack of a criminal record–and especially her relationship with the victim– it defies all common sense and reason as to why she chose to emotionally harm her friend in this way. This was not an isolated incident nor a bad prank but rather a deliberate, well thought out plan to terrorize the victim, make her fear for the safety of her and her daughter, and humiliate her by courtesy copying these emails to her friends. Defendant waged this campaign of terror and fear for several months, all the while pretending to be her source of comfort and friendship. She even helped the victim to move to a different location because of this fully justified fear.

Defendant's campaign of verbal terror lasted a few months but the emotional effects on

the victim will linger for years to come. Defendant may argue that she never physically harmed or intended to harm the victim but that does not lessen the devastating impact of her actions and provides little, if any, comfort to the victim.

  The victim, Nakeesha McCottrell, has provided the court with a victim impact statement, which is attached. In it, she has told the court, in painstaking detail, the dramatic and traumatic impact that defendant's actions has had on her life. Because of these emails and text messages, Ms. McCottrell worried constantly about her daughter's safety, suffered from depression, was afraid to leave the house for any significant amount of time, had trouble focusing at work, changed her normal routines such as driving routes, viewed her friends with suspicion, and was constantly looking over her shoulder for this cyberstalker. As if this wasn't enough, the fear drove the victim to move from Virginia to Maryland. The final blow though was learning that her tormentor was, in fact, a close friend, someone she knew well and trusted. Defendant's actions have shattered Ms. McCottrell's ability to trust as well as her sense of security.

  The victim is currently assessing the financial impact that defendant's actions had on her life. According to the presentence report, defendant has a stable income and is in a position to make restitution if warranted. The government would ask leave of the court to file that financial assessment as an addendum or supplement to this memorandum.

  The defendant has already received the benefit of a more than reasonable plea offer from the government. Because of the seriousness of her actions, its duration and its overwhelming impact on the victim, the government urges the Court to consider a period of incarceration along with restitution.

The government has not received a sentencing memorandum from the defendant. Should she file one, the government requests the opportunity to respond at the sentencing.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

by:     /s/
_____
Abby J. Stavitsky
Assistant United States Attorney
D.C. Bar No. 421-015
555 Fourth Street, N.W., room 4645
Washington, D.C. 20530
353-8829
abby.stavitsky@usdoj.gov

**ATTACHMENT-VICTIM STATEMENT**

25 April 2007

The Chambers of the Honorable Paul L. Friedman

Re: U.S v. Yashika Archer – Sentencing date May 7, 2007

Dear Judge Friedman,

Starting 1 Jun 06, I received the first email from the defendant (Yashika Archer). I received several emails and anonymous text messages over a five month period. I was extremely distraught by the emails and text messages. Some were very sexually explicit while others were threatening, and all were embarrassing. The emails were also sent to numerous people. During the whole entire time I was getting the emails and text messages, Ms. Archer was by my side comforting me. I initially thought that it was two individuals whom I had had issues with in the past. I spoke with Ms. Archer about my suspicions and she told me that she believed that it was them also. She said that it would have to be those individuals and she couldn't think of anyone else who would be harassing me. She even sent the emails really late at night to make me believe that it was the person that I suspected, since she was working at her second job at that time.

When I received the first email, I told Ms. Archer about it and she was very supportive. She asked me if I was alright. She kept telling me how wrong the person was for doing this to me. She courtesy copied numerous people in the emails trying to embarrass me, however she supported me throughout the entire ordeal. Every time I needed a friend, she was there, but when she wasn't by my side comforting me - she was stalking and threatening me through email or text messaging.

In another email she talked about my friend who was pregnant (Amy McLaughlin). Ms. Archer said that she hoped that Amy's baby would die. Ms. Archer spoke to Amy just about everyday, because we worked in the same building. Ms. Archer came to our office every day, sometimes 2-3 times and talked to both of us. She even bought her a gift for her baby shower.

In the email, I was told that I shouldn't leave my cell phone on my desk and that she would steal it next time and run up my cell phone bill. She let me know that she was constantly watching me and I could not do anything without her knowing. She called it a "big game" and she told me that I would never figure out who it was and that she loved playing with my mind. She said that she could be a friend or enemy and I would never know which one she was and I had to constantly watch my back.

One of the most horrifying emails I received from Ms Archer was on 7 Jul 06. In the email, she threatened to kidnap my daughter and stab me to death on my daughter's birthday. She called my little girl a bitch and sent emails and text messages stating that I better not throw that bitch's birthday party or she will rain on my parade. She said that she would be at the party because she was one of my friends and I would never know who it was. I turned to Ms. Archer again for comfort and

she kept comforting me telling me that nothing would happen and not to worry about it and that she would call and check on me.  I reported this incident to my First Sergeant who then in turn reported it to the commander.  I was told to cancel my daughter's birthday party, not to stay in my house during that weekend and to move into base lodging so that they could keep an eye on me and make sure that my daughter and I were safe.

Ms. Archer continued to call and check on my daughter and me to make sure that we were safe. Later she decided to start sending text messages again, calling my daughter a bitch again and saying that I better not throw that bitch's party, she was going to rain on my parade and talked about how much she loved the game that she was playing with my mind.  I decided not to cancel my daughter's party and stayed home that weekend, but I rarely left the house and had someone there with me the entire weekend.  When I returned to work on Monday, Ms. Archer came down to my office to check on me and see how the party went.  She also brought a birthday gift for my daughter.  She sat and talked with me for a while.  She seemed very concerned about me, however she sent me another text message asking me how the party went and asked me if she sang well when she was at the party with us.

I was extremely paranoid as I had been for weeks since the first email.  I couldn't focus when I was at work, because I didn't know who was watching me or when I would receive another email.  I got numerous calls on my work phone and the person at the other end would hang up. I couldn't sleep at night. I constantly checked on my daughter when she was sleeping. I made sure that there was some something blocking the front door and kept checking all the windows and the sliding glass door. I was on edge. I cut myself off from everyone.  I was extremely depressed and I was always worried about my daughter's safety.  I varied my route home after work; I also parked further from my home and came home at different times because I didn't know who was stalking me.  I was constantly watching my back.  I had to check the stairwells in my apartment building to make sure that no one was there.

Ms. Archer made me not trust anyone and question all my friendships.  I distanced myself from most of my friends because I didn't know who I could trust.  I changed all my phone numbers. I even moved to another state to try and get away from this situation because she made threats about breaking into my home in Virginia and told me in detail how she was going to break into my home and rob me.  I ended up moving to Maryland to distance myself from whoever was stalking me.  Ms. Archer was right there helping me move things to my new home and helping me clean my old home.  What a great friend!  It didn't end there though.  She started sending me emails at my new job and sending text messages again letting me know that she had been trying to find me and asking if I had moved and telling me that she had a friend at my job so she was keeping tabs on me.

I am not sure of the exact date, but it was toward the end of October 2006 – Ms. Archer called me at work one day very upset telling me that her mom called her and said that someone informed her that someone was setting her up.  Ms. Archer's mother asked Ms. Archer what was going on and who could be doing this.  Ms. Archer told me that she told her mom that it was probably Ranada Gaines because she and I didn't get along.  She was so upset and wondered who contacted her mom.  She wanted to know if I thought she had something to do with the threats - I told her no and she swore to me that she was my friend and that she would never do anything like this to me.  She told me that she didn't have anything to do with it and that I could trust her and she was a true friend.   A few days later on 9 Nov 06, she was contacted by the authorities and was told

that she had to take a polygraph test. But instead of taking the test, she admitted the truth and wrote me a letter apologizing for her actions. I wasn't made aware of her guilt until 23 Feb 07, over four months later.  In that time, instead of letting me know that she was responsible, Ms. Archer continued to keep in touch with me.  She even brought her little brother over to my house so that my daughter and her brother could have a play date.  We even went to Atlantic City on 9 Dec 06, exactly one month after she admitted the truth and at no time did she tell me that she was responsible. Instead, she talked about us going on the next trip to Atlantic City and going to New York also.

      Ms. Archer always sent emails and called to check on me.  She always seemed to be concerned about me.  I guess it was her trying to find out if I knew it was her all along.  She called me when she got engaged to share her good news with me because we were friends and she wanted me to be one of the first people so know.  She also sent me pictures of the ring.  We even sent text messages to each other the day before we went to court.  Ms. Archer acted like everything was good between us and even invited me to church with her.   Ms. Archer kept in touch with and acted like we were good friends through the entire duration of the investigation until her day in court on 26 Feb 07 when she found out that I knew she was responsible.  I considered Ms. Archer a good friend. She was even on the day care list to pick up my daughter for emergencies, because I trusted her.  I never thought that I would have to protect my daughter from her, but I was wrong about Ms. Archer.  She was never my friend.  She didn't care about my daughter or me.  She was just playing a "big game" the entire time.

      Because of this ordeal with Ms. Archer, my life has been forever changed.  It is very difficult for me to trust people and to let them get close. It is extremely hard for me to trust females.  Still to this day I am cautious of my surroundings. I stay in the house a lot because I feel safe at home. I am also extremely protective of my daughter and maybe overprotective at times, restricting her from the number of activities I will allow her to be involved with outside of daycare. I continuously check the locks on my doors, windows and my car everyday, sometimes I double check them to ensure that they are locked and I don't feel comfortable until I know for sure that they are secure.

      Your Honor, I hope you will take all of this into consideration when you are deciding what sentence to give her.

Sincerely,

///SIGNED///
NAKEESHA C. McCOTTRELL