HONORABLE PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

**FILED**

JUL 2 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

Yashika D. Archer                Docket No.: 07-029-01

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that  Yashika Archer  having been sentenced, on June 11, 2007, in the above case to the custody of the Department of Corrections (DOC), surrender herself to the DOC by reporting to   D.C. Jail   , in   Washington, DC   by 5 p.m., on **Friday, August 3, 2007**, to be released on Sunday, August 5, 2007, by 5 p.m., and every weekend thereafter until completion of sentence.

_7 27 07_
Date

_[signature]_
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

_[signature]_
ATTORNEY/U.S. PROBATION OFFICER

_[signature]_
DEFENDANT

Revised 6-2004

